■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLINTON NEWSOME, Appellant. [954 NYS2d 866]

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Gonzalez, P.J., Mazzarelli, Acosta and Román, JJ.